■ In the Matter of SUSAN BESTER, Respondent, v KENNETH E. HOLTZ, Appellant.—Order unanimously affirmed, without costs (see *Matter of Erie County Comr. of Social Servs. v Boyd,* 74 AD2d 728). (Appeal from order of Erie County Family Court—paternity.) Present—Dillon, P. J., Simons, Hancock, Jr., Callahan and Witmer, JJ.